

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   PROVIDENCE   WASHINGTON, DC

**JONATHAN S. ZELIG**
Attorney at Law

One Federal Street, 29th Floor
Boston, MA 02110
T: (617) 345-4601 F: (617) 892-4236
jzelig@daypitney.com

August 10, 2023

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>Match Group, LLC v. Beazley Underwriting Limited, No. 23-1058</u>

Dear Ms. Wolfe:

    Pursuant to this Court's Local Rule 31.2, appellant Beazley Underwriting, Ltd., proposes a due date for its opening brief of October 31, 2023, which is 91 days after the ready date in this appeal. *See* ECF No. 11 (August 1, 2023) (Form D indicating no transcript will be ordered).

    Respectfully submitted,

    /s/ Jonathan S. Zelig

    Jonathan S. Zelig

cc:    Counsel of Record